UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL SALCIDO,<br><br>  Plaintiff,<br><br>  v.<br><br>M. DiTOMAS, et al.,<br><br>  Defendants. | No. 2:21-cv-2290 DB P<br><br>ORDER AND FINDINGS AND RECOMMENDATIONS |

Plaintiff is a state prisoner proceeding pro se with a civil rights action under 42 U.S.C. §1983. On December 13, 2021, plaintiff filed a complaint and a motion for emergency injunctive relief. On December 27, 2021, he filed a second motion for emergency injunctive relief. In an order filed January 3, 2022, this court denied without prejudice plaintiff's motion for emergency injunctive relief and ordered plaintiff to either file a motion to proceed in forma pauperis or submit the filing fee within thirty days. Plaintiff has not filed a motion to proceed in forma pauperis or submitted the filing fee.

On February 24, 2022, plaintiff appealed the court's denial of his motion for emergency injunctive relief. On March 18, 2022, the Ninth Circuit Court of Appeals remanded this case back to the district court. The Court of Appeals held that the denial of a motion for temporary injunctive relief must be made by order of the district court.

////

For the reasons set forth in the January 3 order, this court will recommend plaintiff's motions for emergency injunctive relief be denied.  In addition, plaintiff will be given another opportunity to either file a motion to proceed in forma pauperis or submit the filing fee.  Plaintiff is warned that if he fails to file a motion to proceed in forma pauperis or submit the filing fee in a timely manner, this court will recommend this case be dismissed for plaintiff's failure to comply with court orders.  See E.D. Cal. R. 110; Fed. R. Civ. P. 41.

Accordingly, IT IS HEREBY ORDERED as follows:

1. The order filed January 3, 2022 (ECF No. 5) is vacated;

2. Within twenty (20) days of the filed date of this order, plaintiff shall either file a motion to proceed in forma pauperis or pay the filing fee; and

3. The Clerk of the Court shall randomly assign a district judge to this case.

Further, IT IS RECOMMENDED that plaintiff's motions for emergency injunctive relief (ECF Nos. 2 and 4) be denied.

These findings and recommendations will be submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within thirty days after being served with these findings and recommendations, plaintiff may file written objections with the court.  The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections within the specified time may result in waiver of the right to appeal the district court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated:  March 30, 2022

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DB Prisoner Inbox/Civil Rights/R/salc2290.tro fr