UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL SALCIDO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>M. DiTOMAS, et al.,<br><br>　　　　　Defendants. | No.  2:21-cv-2290 TLN DB P<br><br><br>FINDINGS AND RECOMMENDATIONS |

     Plaintiff, a state prisoner, has filed a civil rights action under 42 U.S.C. § 1983.  In an order filed January 3, 2022, this court ordered plaintiff to either file a motion to proceed in forma pauperis ("IFP") or submit the filing fee if he wished to proceed with this action.  After plaintiff did not file a motion to proceed IFP or pay the fee, this court again ordered plaintiff to do so.  In an order filed March 30, 2022, this court gave plaintiff 20 days to file a motion to proceed IFP or pay the filing fee.  Twenty days have passed and plaintiff has not filed a motion to proceed IFP or paid the filing fee.

     In the March 30 order, plaintiff was warned that if he failed to file a motion to proceed IFP or submit the filing fee in a timely manner, this court would recommend this case be dismissed for plaintiff's failure to comply with court orders.  (See ECF No. 10 (citing E.D. Cal. R. 110; Fed. R. Civ. P. 41).)

////

1    Accordingly, IT IS HEREBY RECOMMENDED that this case be dismissed for
2 plaintiff's failure to comply with court orders.  E.D. Cal. R. 110; Fed. R. Civ. P. 41.
3    These findings and recommendations will be submitted to the United States District Judge
4 assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within thirty days after
5 being served with these findings and recommendations, plaintiff may file written objections with
6 the court.  The document should be captioned "Objections to Magistrate Judge's Findings and
7 Recommendations."  Plaintiff is advised that failure to file objections within the specified time
8 may result in waiver of the right to appeal the district court's order.  Martinez v. Ylst, 951 F.2d
9 1153 (9th Cir. 1991).
10 Dated:  August 8, 2022

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

20  DLB:9
    DB Prisoner Inbox/Civil Rights/R/salc2290.fr