1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11      PAUL SALCIDO,                              No.  2:21-cv-2290 TLN DB P

12                      Plaintiff,

13              v.                                 ORDER

14      M. DiTOMAS, et al.,

15                      Defendants.

16

17              Plaintiff, a state prisoner, has filed a civil rights action under 42 U.S.C. § 1983.  In an

18      order filed January 3, 2022, this court ordered plaintiff to either file a motion to proceed in forma

19      pauperis ("IFP") or submit the filing fee if he wished to proceed with this action.  After plaintiff

20      did not file a motion to proceed IFP or pay the fee, this court gave plaintiff an additional twenty

21      days to do so.  (Mar. 30, 2022 Order (ECF No. 10).)  Plaintiff was warned that if he failed to file a

22      motion to proceed IFP or submit the filing fee in a timely manner, this court would recommend

23      this case be dismissed for plaintiff's failure to comply with court orders.  (See id. (citing E.D. Cal.

24      R. 110; Fed. R. Civ. P. 41).)

25              When plaintiff did not file a motion to proceed IFP or submit the filing fee in compliance

26      with the March 30 order, this court issued findings and recommendations in which it

27      recommended that this action be dismissed for plaintiff's failure to do so.  (Aug. 9, 2022 Findings

28      and Recommendations (ECF No. 15).)  Shortly thereafter, plaintiff filed an appeal.  (ECF No. 16.)

1

1    On November 21, 2022, the Ninth Circuit Court of Appeals dismissed plaintiff's appeal.  (ECF

2    No. 19.)

3           The August 9, 2022 Findings and Recommendations remain pending.  Plaintiff will be

4    given one more opportunity to file objections.

5           Accordingly, within twenty days of the filed date of this order, plaintiff may file

6    objections to the August 9, 2022 Findings and Recommendations.  As plaintiff was informed

7    previously, failure to file objections within the specified time may result in waiver of the right to

8    appeal the district court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

9    Dated:  January 3, 2023

10

11

12                                                          DEBORAH BARNES
                                                            UNITED STATES MAGISTRATE JUDGE
13

14

15

16

17   DLB:9
     DB Prisoner Inbox/Civil Rights/R/salc2290.fr obj eot
18

19

20

21

22

23

24

25

26

27

28

                                                     2