UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PAUL SALCIDO,

    Plaintiff,

v.

M. DiTOMAS, et al.,

    Defendants.

No. 2:21-cv-02290-TLN-DB

**ORDER**

    Plaintiff, a state prisoner proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

    On August 9, 2022, the magistrate judge filed findings and recommendations herein which were served on plaintiff. (ECF No. 15.) Shortly thereafter, Plaintiff filed an appeal. (ECF No. 16.) On November 21, 2022, the Ninth Circuit dismissed the appeal. (ECF No. 19.) In an order filed January 4, 2023, the magistrate judge gave Plaintiff twenty days to file objections to the August 9 findings and recommendations. (ECF No. 20.) Plaintiff has not filed objections to the findings and recommendations.

    The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1

1. The Findings and Recommendations filed August 9, 2022, (ECF No. 15) are adopted in full; and

2. This case is DISMISSED for Plaintiff's failure to comply with Court orders.  E.D. Cal. R. 110; Fed. R. Civ. P. 41.

**DATED: February 22, 2023**

                                              Troy L. Nunley
                                              United States District Judge